1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 VALERIE A. JACOBER            ) Case No. SACV15-01652-AG (DTB)
   KRUCKENBERG,                 )
12                              )
                  Plaintiff,    ) ORDER ACCEPTING FINDINGS,
13                              ) CONCLUSIONS AND
                                ) RECOMMENDATIONS OF UNITED
14        v.                    ) STATES MAGISTRATE JUDGE
                                )
15 CAROLYN W. COLVIN,           )
   ACTING COMMISSIONER OF       )
16 SOCIAL SECURITY,             )
                                )
17                 Defendant.   )
   ─────────────────────────────

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the

20 records and files herein, and the Report and Recommendation of the United States

21 Magistrate Judge.  Objections to the Report and Recommendation have been filed

22 herein.   In her Objections, plaintiff restates arguments made in her Motion for

23 Summary Judgment and Opposition.  Having made a de novo determination of those

24 portions of the Report and Recommendation to which objections have been made, the

25 Court concurs with and accepts the findings, conclusions and recommendations of the

26 Magistrate Judge.

27 / / /

28 / / /

1        IT THEREFORE IS ORDERED that Judgment be entered affirming the decision

2    of the Commissioner denying benefits and dismissing this action with prejudice.

3

4    DATED:  December 27, 2016

5                                                                    _____

6                                                    ANDREW J. GUILFORD
                                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28