JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VALERIE A. JACOBER KRUCKENBERG,

    Plaintiff,

    v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

) Case No. SACV15-01652-AG (DTB)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)

In accordance with the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: December 27, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE